FILED MHW
Lω
SEP 02 2008
SEP 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

BRIAN JONES #K56957
_____
Plaintiff

v.

TERRY McCANN ET-AL
_____
Defendant(s)

08CV4981
JUDGE LEFKOW
MAG. JUDGE VALDEZ

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:
I, BRIAN JONES, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # K56957  Name of prison or jail: STATEVILLE CORRECTIONAL CENTER
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: $10.00

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: NONE
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages  ☐Yes ☒No
      Amount_____ Received by_____

b.  ☐ Business, ☐ profession or ☐ other self-employment   ☐Yes   ☒No
Amount_____ Received by_____

c.  ☐ Rent payments, ☐ interest or ☐ dividends   ☐Yes   ☒No
Amount_____ Received by_____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
   ☐Yes   ☒No
Amount_____ Received by_____

e.  ☐ Gifts or ☐ inheritances   ☐Yes   ☒No
Amount_____ Received by_____

f.  ☐Any other sources (state source:_____)   ☐Yes   ☒No
Amount_____ Received by_____

4.  Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐Yes   ☒No   Total amount:_____
   In whose name held:_____ Relationship to you:_____

5.  Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐Yes   ☒No
   Property:_____ Current Value:_____
   In whose name held:_____ Relationship to you:_____

6.  Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☒No
   Address of property:_____
   Type of property:_____ Current value:_____
   In whose name held:_____ Relationship to you:_____
   Amount of monthly mortgage or loan payments:_____
   Name of person making payments:_____

7.  Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
   ☐Yes   ☒No

   Property:_____
   Current value:_____
   In whose name held:_____ Relationship to you:_____

8.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8-18-08

_B. [signature]_
Signature of Applicant

BRIAN JONES
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, BRIAN JONES, I.D.# K56957, has the sum of $ 24.85 on account to his/her credit at (name of institution) Stateville. I further certify that the applicant has the following securities to his/her credit: —. I further certify that during the past six months the applicant's average monthly deposit was $ 214.54. (Add all deposits from all sources and then <u>divide</u> by number of months).

8-22-08
DATE

_T. C_____ [signature]_
SIGNATURE OF AUTHORIZED OFFICER

T. Cirriciono
(Print name)

rev. 7/18/02

Date: 8/22/2008
Time: 10:57am
d_list_inmate_trans_statement_composite

Case 1:08-cv-04981 Document 3 Filed 09/02/2008 Page 4 of 5

Stateville Correctional Center
Trust Fund
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 02/22/2008 thru End;   Inmate: K56957;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K56957 Jones, Brian**              **Housing Unit: STA-E -05-06**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 65.16 |
| 03/06/08 | Point of Sale | 60 Commissary | 0667135 | 528237 | Commissary | -64.84 | .32 |
| 03/07/08 | Mail Room | 10 Western Union | 067200 | 7531827019 | CAMPBELL, KEZZI | 60.00 | 60.32 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 7.48 | 67.80 |
| 03/11/08 | Mail Room | 10 Western Union | 071200 | 6542563981 | WINBUSH, JANICE | 100.00 | 167.80 |
| 03/13/08 | Point of Sale | 60 Commissary | 0737137 | 529448 | Commissary | -116.93 | 50.87 |
| 03/20/08 | Mail Room | 10 Western Union | 080200 | 0394870122 | MURRAY, TIFFANY | 140.05 | 190.92 |
| 03/21/08 | Point of Sale | 60 Commissary | 081783 | 530538 | Commissary | -56.61 | 134.31 |
| 03/25/08 | Disbursements | 88 helping the needy | 085390 | Chk #139516 | C0324002, Habitat for Humanity, Inv. Date: 03/24/2008 | -15.00 | 119.31 |
| 04/04/08 | Point of Sale | 60 Commissary | 0957142 | 531499 | Commissary | -4.92 | 114.39 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 8.16 | 122.55 |
| 04/13/08 | Mail Room | 10 Western Union | 104200 | 7878413379 | TINES, MICHEAL | 140.00 | 262.55 |
| 04/15/08 | Mail Room | 10 Western Union | 106200 | 5498409785 | WINBUSH, JANICE | 100.00 | 362.55 |
| 04/22/08 | Disbursements | 84 Library | 113390 | Chk #140105 | C0415034, DOC: 523 Fund Librar, Inv. Date: 04/15/2008 | -1.45 | 361.10 |
| 04/22/08 | Point of Sale | 60 Commissary | 113720 | 534141 | Commissary | -83.43 | 277.67 |
| 04/28/08 | Disbursements | 84 Library | 119390 | Chk #140193 | C0425091, DOC: 523 Fund Librar, Inv. Date: 04/25/2008 | -.75 | 276.92 |
| 04/29/08 | Mail Room | 10 Western Union | 120200 | 8247816079 | VEASY, LAURIE | 90.00 | 366.92 |
| 05/06/08 | Point of Sale | 60 Commissary | 127783 | 535518 | Commissary | -130.61 | 236.31 |
| 05/07/08 | Mail Room | 10 Western Union | 128200 | 4914463452 | MURRAY, TIFFANY | 119.00 | 355.31 |
| 05/13/08 | Payroll | 20 Payroll Adjustment | 1341148 | | P/R month of 04/2008 | 4.08 | 359.39 |
| 05/13/08 | Point of Sale | 60 Commissary | 134793 | 536931 | Commissary | -116.73 | 242.66 |
| 05/14/08 | Disbursements | 80 Postage | 135337 | Chk #140426 | g0507114, DOC: 523 Fund Reimbu. Inv. Date: 05/07/2008 | -.41 | 242.25 |
| 05/20/08 | Mail Room | 10 Western Union | 141200 | 6172722886 | WINBUSH, JANICE | 100.00 | 342.25 |
| 05/20/08 | Point of Sale | 60 Commissary | 1417135 | 538038 | Commissary | -.02 | 342.23 |
| 05/20/08 | Point of Sale | 60 Commissary | 1417142 | 538524 | Commissary | -93.26 | 248.97 |
| 05/30/08 | Disbursements | 84 Library | 151337 | Chk #140695 | C0520145, DOC: 523 Fund Librar, Inv. Date: 05/20/2008 | -1.10 | 247.87 |
| 05/30/08 | Disbursements | 84 Library | 151337 | Chk #140695 | w 0527 044, DOC: 523 Fund Libr, Inv. Date: 05/27/2008 | -3.40 | 244.47 |
| 05/30/08 | Disbursements | 84 Library | 151337 | Chk #140695 | w 0527 058, DOC: 523 Fund Libr, Inv. Date: 05/27/2008 | -2.10 | 242.37 |
| 06/03/08 | Point of Sale | 60 Commissary | 1557135 | 539936 | Commissary | -102.05 | 140.32 |
| 06/10/08 | Point of Sale | 60 Commissary | 1627135 | 540898 | Commissary | -100.07 | 40.25 |
| 06/10/08 | Payroll | 20 Payroll Adjustment | 1621148 | | P/R month of 05/2008 | 10.00 | 50.25 |
| 06/11/08 | Point of Sale | 60 Commissary | 1637135 | 541122 | Commissary | 19.51 | 69.76 |
| 06/16/08 | Mail Room | 10 Western Union | 168200 | 1537066236 | WINBUSH, JANICE | 100.00 | 169.76 |
| 06/19/08 | Point of Sale | 60 Commissary | 1717137 | 542301 | Commissary | -99.16 | 70.60 |
| 06/27/08 | Point of Sale | 60 Commissary | 179783 | 543134 | Commissary | -69.17 | 1.43 |
| 07/02/08 | Mail Room | 10 Western Union | 184200 | 3981916740 | TINES, MICHEAL | 100.00 | 101.43 |
| 07/10/08 | Payroll | 20 Payroll Adjustment | 1921148 | | P/R month of 06/2008 | 8.64 | 110.07 |
| 07/14/08 | Point of Sale | 60 Commissary | 1967137 | 544224 | Commissary | -87.17 | 22.90 |
| 07/15/08 | Mail Room | 10 Western Union | 197200 | 0691800316 | WINBUSH, JANICE | 80.00 | 102.90 |
| 08/05/08 | Point of Sale | 60 Commissary | 2187137 | 546632 | Commissary | -81.70 | 21.20 |
| 08/12/08 | Mail Room | 10 Western Union | 225200 | 1308511360 | WINBUSH, JANICE | 100.00 | 121.20 |
| 08/12/08 | Payroll | 20 Payroll Adjustment | 2251154 | | P/R month of 07/2008 | .34 | 121.54 |
| 08/15/08 | Point of Sale | 60 Commissary | 2287137 | 547967 | Commissary | -96.69 | 24.85 |

| | | |
|---|---|---|
| Date: 8/22/2008 | **Stateville Correctional Center** | Page 2 |
| Time: 10:57am | **Trust Fund** | |
| d_list_inmate_trans_statement_composite | Inmate Transaction Statement | |

REPORT CRITERIA - Date: 02/22/2008 thru End;   Inmate: K56957;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K56957 Jones, Brian**              **Housing Unit: STA-E -05-06**

| | |
|---|---:|
| Total Inmate Funds: | 24.85 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 24.85 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |