UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRIAN JONES,<br><br>    Plaintiff,<br><br>v.<br><br>LIEUTENANT EDWARDS, CORRECTIONAL OFFICER TARR, CORRECTIONAL OFFICER SALVADOR RODRIGUEZ, CORRECTIONAL OFFICER KAJTSA, and SERGEANT MCDOWELL,<br><br>    Defendants | No. 08 C 4981<br><br>Judge Lefkow |

## NOTICE OF MOTION

**TO:**   **All Counsel of Record**

PLEASE TAKE NOTICE that on Tuesday, April 27, 2010, at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Joan Lefkow in Courtroom 1925 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **MOTION TO COMPEL SETTLEMENT**, a copy of which is hereby served upon you.

Dated: April 22, 2010                          Respectfully submitted,

                                                       **BRIAN JONES**

                                                       By:   /s/ Albert E. Fowerbaugh, Jr.
                                                                One of His Attorneys

Albert E. Fowerbaugh, Jr.
Bulter Rubin Saltarelli & Boyd, LLP
70 West Madison Street, Ste. 1800
Chicago, IL 6060
phone: (312) 696-4440
fax: (312) 896-9174

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true copy of the preceding document was served on April 22, 2010 on all counsel of record, in accordance with Fed. R. Civ. P. 5, Local Rule 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                        s/ Albert E. Fowerbaugh, Jr.

459789v1